Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
lfong@kaplanfox.com

*Attorneys for Plaintiff Gregory Brod*

[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BROD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SIOUX HONEY ASSOCIATION, COOPERATIVE, an Iowa entity,<br><br>Defendants. | Case No.: 12-CV-01322 EMC<br><br>CLASS ACTION<br><br>**STIPULATION RE EXTENSION OF TIME TO FILE OPPOSITON TO MOTION TO DISMISS**  ; ORDER<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Judge: Hon. Edward M. Chen |

**WHEREAS** on May 29, 2012, Defendant Sioux Honey Association, Cooperative filed its Motion to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(1) and 12 (b)(6), currently set for hearing on July 20, 2012. Plaintiff Gregory Brod's response is due June 12, 2012 and Sioux Honey's Reply June 19, 2012.

**WHEREAS** Brod seeks an extension to file his Opposition to June 20, 2012, and Defendant seeks to file its Reply on June 27, 2012, which will not affect the hearing date of July 20, 2012.

**WHEREAS** the parties have not previously requested an extension in connection with the pending motion to dismiss.

**WHEREFOR** pursuant to Local Rules 6-2 and 7-12, Brod and Defendant respectfully request that the court issue an order permitting an extension of time within which Brod may file his opposition to the motion to dismiss to on or before June 20, 2012, and Defendant may file its Reply on or before June 27, 2012.

SO STIPULATED.

Dated:  June 5, 2012                    HINSHAW & CULBERTSON LLP

*s/ David I. Dalby*
David I. Dalby

Attorneys for Defendant Sioux Honey Association Cooperative

Dated: June 5, 2012                     KAPLAN FOX & KILSHEIMER LLP

*s/ Linda M. Fong*
Linda M. Fong

Attorneys for Plaintiff Gregory Brod

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  June 6, 2012                    _____
                                         Edward M. Chen
                                         U.S. District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

---

STIPULATION RE EXTENSION OF TIME TO FILE           No. 12-CV-01322 EMC
OPPOSITON TO MOTION TO DISMISS

1

**ATTESTATION**

I, Linda M. Fong, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: __s/ Linda M. Fong_____
     Linda M. Fong

---

2

STIPULATION RE EXTENSION OF TIME TO FILE                              No. 12-CV-01322
OPPOSITON TO MOTION TO DISMISS                                        EMC