Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
lfong@kaplanfox.com

*Attorneys for Plaintiff Gregory Brod*

[Additional counsel listed on signature block]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BROD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SIOUX HONEY ASSOCIATION, COOPERATIVE, an Iowa entity,<br><br>Defendant. | Case No.: 12-CV-01322 EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL WITHOUT PREJUDICE OF MOTIONS TO CONSOLIDATE AND APPOINT INTERIM LEAD COUNSEL** |
| SORAYA ROSS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SIOUX HONEY ASSOCIATION COOPERATIVE, an Iowa entity,<br><br>Defendants. | Case No.: 12-CV-01645 EMC |

1  **WHEREAS** on August 8, 2012, Plaintiff Gregory Brod filed a motion to consolidate *Brod v. Sioux Honey Association*, Case No. C 12-01322 EMC, with *Ross v. Sioux Honey Association*, Case No. C 12-01645 EMC, and to appoint interim lead class counsel (Dkt. 42) (the "Brod Motion");

**WHEREAS** on August 22, 2012, Plaintiff Soraya Ross filed a response to the Motion to Consolidate and a cross-motion to appoint interim lead counsel (Dkt. 46) (the "Ross Motion");

**WHEREAS** the Brod Motion and the Ross Motion currently are scheduled for hearing before the Honorable Edward M. Chen on October 26, 2012;

**WHEREAS**, pursuant to the Court's order of September 11, 2012 (Dkt. 52), Plaintiff Brod intends to file an amended complaint on or before October 11, 2012;

**IT IS HEREBY STIPULATED AND AGREED** that, in accordance with the Court's instructions on September 21, 2012, Plaintiff Brod and Plaintiff Ross, through their counsel, hereby withdraw the Brod Motion and Ross Motion, respectively, without prejudice to re-filing those motions after Plaintiff Brod files his amended complaint in *Brod v. Sioux Honey Association*.

DATED: September 28, 2012                KAPLAN FOX & KILSHEIMER LLP

By:   /s/Laurence D. King
      Laurence D. King

Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile:  (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Robert I. Lax, Esq.
*Admitted pro hac vice*
Lax LLP
380 Lexington Avenue, 31st Floor
New York, New York 10168
Telephone: (212) 818-9150
Facsimile:  (212) 818-1266
rlax@lax-law.com

|   |   |   |
|---|---|---|
|   |   | Jon Herskowitz, Esq. |
|   |   | *Admitted pro hac vice* |
|   |   | Baron & Herskowitz |
|   |   | 9100 S. Dadeland Blvd. |
|   |   | Ph-1 Suite 1704 |
|   |   | Miami, Fl. 33156 |
|   |   | Telephone: (305) 670-0101 |
|   |   | Facsimile:   (305) 670-2393 |
|   |   | jon@bhfloridalaw.com |

*Attorneys for Plaintiff Gregory Brod*

DATED: September 28, 2012          HORWITZ HORWITZ & PARADIS

By:   /s/Paul O. Paradis
        Paul O. Paradis

Paul O. Paradis, Esq.
Gina M. Tufaro, Esq.
Mark A. Butler, Esq.
570 7th Avenue, 20th Floor
New York, NY  10018
Telephone:  (212) 986-4500
Facsimile:    (212) 986-4501
pparadis@hhplawny.com
gtufaro@hhplawny.com
mbutler@hhplawny.com

*Attorneys for Plaintiff Soraya Ross*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   October 1, 2012                    _____
                                                              Edward M. Chen
                                                              U.S. District Court Judge

Case3:12-cv-01322-EMC Document54 Filed10/01/12 Page4 of 4

## ATTESTATION

I, Laurence D. King, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

By: /s/Laurence D. King
Laurence D. King

STIPULATION AND [~~PROPOSED~~] ORDER RE MOTIONS TO CONSOLIDATE AND TO APPOINT INTERIM LEAD COUNSEL