Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: lking@kaplanfox.com
lfong@kaplanfox.com

*Attorneys for Plaintiff Gregory Brod*

[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BROD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SIOUX HONEY ASSOCIATION, COOPERATIVE, an Iowa entity,<br><br>Defendants. | Case No.: 12-CV-01322 EMC<br><br>CLASS ACTION<br><br>**STIPULATION RE EXTENSION OF TIME TO FILE OPPOSITION AND REPLY RE MOTION TO DISMISS**<br><br>Hearing Date: December 11, 2012<br>Hearing Time: 1:30 p.m<br>Judge: Hon. Edward M. Chen |

**WHEREAS** one of Plaintiff's counsel, Robert I. Lax, lives in lower Manhattan, New York, and maintains his offices at 380 Lexington Avenue, New York, New York. Mr. Lax was forced to leave his home and unable to travel to his office until today due to the recent hurricane, and his assistance is necessary in order to complete an opposition to the pending motion to dismiss filed by Defendant Sioux Honey Association, Cooperative ("Sioux Honey" or "Defendant");

**WHEREAS** on October 25, 2012, Defendant Sioux Honey filed its motion to dismiss pursuant to Fed. R. Civ. P. Rules 12(b)(1) and 12(b)(6), currently set for hearing on December 11, 2012. Plaintiff Gregory Brod's response is due November 8, 2012 and Sioux Honey's reply is due November 15, 2012;

**WHEREAS** in view of the east coast hurricane, Plaintiff Brod seeks an extension of time to file his opposition to the motion to dismiss to November 15, 2012;

**AND WHEREAS**, Defendant is willing to stipulate to the extension requested by Plaintiff Brod, but the extension for Brod creates a scheduling conflict for Defendant to prepare its reply brief with other matters already scheduled, Defendant seeks an extension to file its reply to November 27, 2012, which will not affect the hearing date of December 11, 2012;

**WHEREAS** the parties have not previously requested an extension in connection with the pending motion to dismiss, although they have stipulated to, sought and received extensions in connection with previous motions;

**WHEREFOR** pursuant to Local Rules 6-2 and 7-12, Plaintiff Brod and Defendant respectfully request that the Court issue an order permitting an extension of time within which Brod may file his opposition to the motion to dismiss to on or before November 15, 2012, and Defendant may file its reply on or before November 27, 2012.

SO STIPULATED.

Dated: November 5, 2012

HINSHAW & CULBERTSON LLP

*s/ David I. Dalby*
David I. Dalby

Attorneys for Defendant Sioux Honey Association Cooperative

Dated: November 5, 2012                KAPLAN FOX & KILSHEIMER LLP

*s/ Linda M. Fong*
Linda M. Fong

Attorneys for Plaintiff Gregory Brod

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:      11/6/12

Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

## ATTESTATION

I, Linda M. Fong, am the ECF User whose ID and password are being used to file this Stipulation. Pursuant to Civil Local Rule 5.1, I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

By:   s/ Linda M. Fong

Linda M. Fong

---

STIPULATION RE EXTENSION OF TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS

No. 12-CV-01322 EMC