UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BROD, *on behalf of himself and all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIOUX HONEY ASSOCIATION, COOPERATIVE,<br><br>　　　　Defendant.<br>_____/ | No. C-12-1322 EMC<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

　　**(　)** **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　**(X)** **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS filed on February 27, 2013.** The Clerk of the Court is directed to close the file in this case.

Dated: February 27, 2013

_____
EDWARD M. CHEN
United States District Judge