1  Laurence D. King (SBN 206423)
   Linda M. Fong (SBN 124232)
2  KAPLAN FOX & KILSHEIMER LLP
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415-772-4700
4  Facsimile: 415-772-4707
   Email: lking@kaplanfox.com
5         lfong@kaplanfox.com

6  [Additional Counsel appear on the signature page]

7  *Attorneys for Plaintiff Gregory Brod*

8

9

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12

13  GREGORY BROD, Individually and on        Case No.: 12-CV-01322 EMC
    Behalf of All Others Similarly Situated,
14                                           CLASS ACTION
                    Plaintiff,
15                                           **NOTICE OF APPEAL**
         v.
16                                           Judge:    Hon. Edward M. Chen
    SIOUX HONEY ASSOCIATION,
17  COOPERATIVE, an Iowa entity,

18                  Defendant.

19

20

21

22

23

24

25

26

27

28

Case No. 12:-cv-01322 EMC
NOTICE OF APPEAL

1    Notice is hereby given that Plaintiff Gregory Brod in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from (1) the Judgment (Dkt. 75); and (2) the Order Granting Defendant Sioux Honey Association, Cooperative's ("Sioux Honey") Motion to Dismiss Second Amended Complaint (Dkt. 74), both entered in this action on February 27, 2013; and (3) the Order Granting Defendant Sioux Honey's Motion to Dismiss First Amended Complaint (Dkt. 52), entered September 11, 2012.

DATED: March 28, 2013    Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By:     /s/
    Laurence D. King

Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Robert I. Lax, Esq.
*Admitted pro hac vice*
Lax LLP
380 Lexington Avenue, 31st Floor
New York, New York 10168
Telephone: (212) 818-9150
Facsimile: (212) 818-1266
rlax@lax-law.com

Jon Herskowitz, Esq.
*Admitted pro hac vice*
Baron & Herskowitz
9100 S. Dadeland Blvd.
Ph-1 Suite 1704
Miami, Fl. 33156
Telephone: (305) 670-0101
Facsimile: (305) 670-2393
jon@bhfloridalaw.com

*Attorneys for Plaintiff Gregory Brod*